IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BEIJING CHOICE ELECTRONIC TECHNOLOGY CO., LTD.,<br><br>    Plaintiff,<br><br>    v.<br><br>CONTEC MEDICAL SYSTEMS USA INC. and CONTEC MEDICAL SYSTEMS CO., LTD.,<br><br>    Defendants. | Case No. 18-cv-00825<br><br>Honorable Sara L. Ellis<br><br>Magistrate Judge Maria Valdez |

**NOTICE OF MOTIONS**

TO:   CONTEC MEDICAL SYSTEMS USA INC.
        CONTEC MEDICAL SYSTEMS CO., LTD.
        1440 Chase Ave, Elk Grove Village, IL 60007

Please take notice that on February 13, 2018 at 9:45 a.m. Plaintiff Beijing Choice Electronic Technology Co., Ltd. will appear before the Honorable Sara L. Ellis, or any judge sitting in her stead, in Courtroom 1403, United States Court House, 219 S. Dearborn Street, Chicago, Illinois 60604 and present the following four motions:

- Plaintiff's Motion for a Preliminary Injunction;

- Plaintiff's Motion for Leave to File Memorandum Over Fifteen Pages And For Leave To File Memorandum And Exhibits Under Seal;

- Plaintiff's Motion For Expedited Discovery; and

- Plaintiff's Motion For A Protective Order.

1

                                                            Respectfully submitted,

Dated: February 1, 2018

                                                            */s/ Steven P. Mandell*
                                                            Steven P. Mandell
                                                            Stephen J. Rosenfeld
                                                            MANDELL MENKES LLC
                                                            One North Franklin Street, Suite 3600
                                                            Chicago, IL 60606
                                                            Phone: (312) 251-1001
                                                            smandell@mandellmenkes.com

                                                            Kathleen A. Daley (*pro hac vice* pending)
                                                            FINNEGAN, HENDERSON, FARABOW,
                                                            GARRETT & DUNNER, LLP
                                                            901 New York Avenue NW
                                                            Washington, DC 20001
                                                           Phone: (202) 408-4000
                                                           Fax:   (202) 408-4400
                                                           kathleen.daley@finnegan.com

                                                           Michael Liu Su (*pro hac vice* pending)
                                                           FINNEGAN, HENDERSON, FARABOW,
                                                           GARRETT & DUNNER, LLP
                                                           3300 Hillview Avenue, Second Floor
                                                           Palo Alto, CA 94304
                                                           Phone: (650) 849-6600
                                                           Fax:   (650) 849-6666
                                                           michael.liu.su@finnegan.com

                                                           *ATTORNEYS FOR PLAINTIFF*
                                                           *BEIJING CHOICE ELECTRONIC*
                                                           *TECHNOLOGY CO., LTD.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 1, 2018 by U.S. Mail and Federal Express to:

| CONTEC MEDICAL SYSTEMS USA INC. | CONTEC MEDICAL SYSTEMS CO., LTD. |
|---|---|
| 111 Wheeling Rd, Wheeling, IL 60090 | 111 Wheeling Rd, Wheeling, IL 60090 |
| and | and |
| 1440 Chase Ave, Elk Grove Village, IL 60007 | 1440 Chase Ave, Elk Grove Village, IL 60007 |

/s/ *Steven P. Mandell*
Steven P. Mandell
Stephen J. Rosenfeld
MANDELL MENKES LLC

*ATTORNEY FOR PLAINTIFF*
*BEIJING CHOICE ELECTRONIC*
*TECHNOLOGY CO., LTD.*