# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| BEIJING CHOICE ELECTRONIC TECHNOLOGY CO., LTD., | )<br>)<br>) Case No. 1:18:cv-00825 |
| *Plaintiff*, | )<br>) Judge Sara L. Ellis |
| v. | )<br>) |
| CONTEC MEDICAL SYSTEMS USA INC., and CONTEC MEDICAL SYSTEMS CO., LTD., | ) Magistrate Maria Valdez<br>)<br>) |
| *Defendants.* | ) |

## NOTICE OF FILING

Plaintiff Beijing Choice Electronic Technology Co., Ltd. has filed with the Clerk of the Court the following exhibits in electronic format on February 5, 2018.

| Video Exhibits Filed With Plaintiff's Memorandum in Support of Motion for Preliminary Injunction (Docket 7) | | |
|---|---|---|
| Docket No. 7-12 | Exhibit D, Appendix 7 | CMS50D Operation Video |
| Docket No. 7-13 | Exhibit D, Appendix 8 | CMS50D+ Operation Video |
| Docket No. 7-14 | Exhibit D, Appendix 9 | CMS50E Operation Video |
| Docket No. 7-15 | Exhibit D, Appendix 10 | CMS50H Operation Video |
| Docket No. 7-16 | Exhibit D, Appendix 11 | CMS50N Operation Video |
| Docket No. 7-17 | Exhibit D, Appendix 12 | CMS50QB Operation Video |

Dated: February 5, 2018

Respectfully submitted,

*/s/ Stephen J. Rosenfeld*
Steven P. Mandell
Stephen J. Rosenfeld
MANDELL MENKES LLC
One North Franklin Street, Suite 3600
Chicago, IL 60606
Phone: (312) 251-1001
smandell@mandellmenkes.com
srosenfeld@mandellmenkes.com

Kathleen A. Daley (*pro hac vice* pending)
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Avenue NW
Washington, DC 20001
Phone: (202) 408-4000
Fax:    (202) 408-4400
kathleen.daley@finnegan.com

Michael Liu Su (*pro hac vice* pending)
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
3300 Hillview Avenue, Second Floor
Palo Alto, CA 94304
Phone: (650) 849-6600
Fax:    (650) 849-6666
michael.liu.su@finnegan.com

*ATTORNEYS FOR PLAINTIFF
BEIJING CHOICE ELECTRONIC
TECHNOLOGY CO., LTD.*