# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Beijing Choice Electronic Technology Co., Ltd.

                              Plaintiff,

v.                                           Case No.: 1:18−cv−00825
                                                      Honorable Sara L. Ellis

Contec Medical Systems USA, Inc., et al.

                              Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Friday, October 19, 2018:

      MINUTE entry before the Honorable Sara L. Ellis: Pursuant to Joint Notice of Withdrawal of Motion for Preliminary Injunction [112], Motion for preliminary injunction [90] is withdrawn and Preliminary Injunction hearing set for 10/25/2018 is stricken. Status hearing set for 11/8/2018 at 1:30 PM. Mailed notice(rj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.