**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| BEIJING CHOICE ELECTRONIC TECHNOLOGY CO., LTD., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:18-cv-00825 |
| | ) | Honorable Sara L. Ellis |
| CONTEC MEDICAL SYSTEMS USA INC. and CONTEC MEDICAL SYSTEMS CO., LTD., | ) ) | |
| | ) | Jury Trial Demanded |
| Defendant. | ) ) ) | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on Wednesday, January 9, 2018 at 9:45 a.m. or as soon

thereafter as counsel may be heard, counsel for Defendants Contec Medical Systems USA and

Contec Medical Systems Co., Ltd. ("Contec") shall present its accompanying Motion to

Withdraw Nicholas Lockhart as Counsel for Contec.

Dated: January 4, 2019          Respectfully submitted,

/s/   Christopher C. Campbell
Christopher C. Campbell (*pro hac vice*)
ccampbell@cooley.com
Naina Soni (*pro hac vice)*
nsoni@cooley.com
COOLEY LLP
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Tel: (202) 842-7800
Fax: (202) 842-7899

Allen E. Hoover IL 06216256
ahoover@fitcheven.com
Joseph F. Marinelli
jmarinelli@fitcheven.com
Fitch, Even, Tabin & Flannery LLP
Suite 2100
120 South LaSalle Street
Chicago, Illinois 60603

2

Telephone: (312) 577-7000
Facsimile: (312) 577-7007

*Attorneys for Defendant Contec Medical Systems*
*USA Inc. and   Contec Medical Systems Co., Ltd.*

3

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Civil Rule 5.5 on January 4, 2019.

/s/ *Christopher C. Campbell*
.